```
                                                    FILED
1  BENJAMIN WAGNER                                 MAY 11 2012
   United States Attorney
2  MICHELLE RODRIGUEZ                       CLERK, U.S. DISTRICT COURT
   Assistant U.S. Attorney                  EASTERN DISTRICT OF CALIFORNIA
3  501 I Street, 10th Floor                 BY_____
   Sacramento, California 95814                  DEPUTY CLERK
4  Telephone: (916) 554-2773
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA ) | MISC. NO. |
|---|---|
| Plaintiff, ) | |
| ) | 2:12 - SW 0 2 2 0  KJN |
| v. ) | |
| SEALED ) | |
| ) | **SEALED** |
| Defendant. ) | |

### SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents in the above referenced case shall be sealed until further order of the Court.

DATED: May 11, 2012

_____
KENDALL J. NEWMAN
U.S. Magistrate Judge