```
1  BENJAMIN WAGNER
   United States Attorney
2  MICHELLE RODRIGUEZ
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
```

**FILED**

JUN 1 8 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

In re: Sealed Search Warrant ) SW NO. 12-sw 0220 KJN
) 
) MOTION TO UNSEAL SEARCH
) WARRANT APPLICATION, AFFIDAVIT
) AND ATTACHMENTS
) AND ~~(proposed)~~ ORDER

**ORDER**

The United States' motion to unseal the Search Warrant Application, affidavit, and its attachements in the above captioned matter is GRANTED.

DATED: June 18, 2012

**GREGORY G. HOLLOWS**
HON. GREGORY G. HOLLOWS
U.S. Magistrate Court Judge