**FILED**
OCT 25 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of: ) <br> ) <br> The residence at 4721 Moorpark ) <br> Way, Sacramento, Ca; the ) <br> Residence at 741 Morey Park, ) <br> Sacramento, Ca; the ) <br> residence at 903 Roundtree ) <br> Court, Sacramento, Ca; and a ) <br> Samsung cellular telephone, ) <br> SCSD barcode 09X2K0, a Huawei ) <br> Metro PCS Cellular telephone, ) <br> SCSD barcode 09X2K2, and a ) <br> Samsung Metro PCS Cellular ) <br> telephone, SCSD barcode ) <br> 09X054, at the Sacramento ) <br> County Sheriff Department ) <br> Property Warehouse, 3750 ) <br> Bradview Drive, Sacramento, CA ) <br> 95827. ) | SW  12-0220-kjn <br><br> ORDER RE:  GOVERNMENT'S REQUEST FOR ADDITIONAL TIME TO COMPLETE FORENSIC  ANALYSIS OF COMPUTER DRIVES AND ELECTRONIC STORAGE DEVICES |

   HEREBY, the United States' motion for an extension to complete its forensic examination and its search warrant return (on the seized electronic storage devices in 2:12-SW-0220-kjn) is GRANTED. The United States shall complete its forensic examination and make its return on the warrant on or before December 21, 2012.

DATED:  Oct 24, 2012

_____
HON. KENDALL J. NEWDALL
U.S. District Court Judge